William G. Caravetta, III, Bar #013491
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7814
wcaravetta@jshfirm.com

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scottsdale Condo-Business Center Association, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Sentinel Insurance Company, Ltd., <br><br> Defendant. | NO. TBD <br><br> **NOTICE OF REMOVAL** |

Defendant, Sentinel Insurance Company, Ltd. (hereinafter "Defendant"), by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about August 7, 2013, Plaintiff filed its Complaint against Defendant in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the caption "*Scottsdale Condo-Business Center Association, Inc. v. Sentinel Insurance Company, Ltd.*." A copy of the initial pleadings are attached hereto as Exhibit A. Defendant Sentinel Insurance Company, Ltd. was served with the Summons and Complaint via The State of Arizona Department of Insurance on August 8, 2013.

2. Defendant Sentinel Insurance Company, Ltd. is a foreign corporation with its principal place of business in Hartford, Connecticut. According to the Complaint,

3318844.1

1  Plaintiff is domiciled in Maricopa County, Arizona.

2      3.    Upon information and belief, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states.  As such, this action may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441, et seq.

    4.    This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

    5.    Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

    6.    A Notice of Filing Notice of Removal was filed with the Maricopa County Superior Court and a copy of the same is attached hereto as Exhibit B.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

DATED this 21st day of August, 2013.

JONES, SKELTON & HOCHULI, P.L.C.


By: /s/William G. Caravetta, III
    William G. Caravetta, III
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
    Attorneys for Defendant Sentinel Insurance
    Company, Ltd.

**Certificate of Service**

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

Monica K. Lindstrom
Merlin Law Group, P.A.
8300 N. Hayden Road, Suite A207
Scottsdale, AZ 85258
*Counsel for Plaintiff*

s/Michelle L. Lucas